**Order filed November 2, 2015**



**In The**

# Fourteenth Court of Appeals

**NO. 14-14-00592-CV**

**HIS ONE STOP BUSINESS, INC. CHRIS BARGER & MONICA BARGER, Appellant**

**V.**

**MARK HOLLE AS TRUSTEE OF THE HOLLE TRUST, Appellee**

---

**On Appeal from the Co Civil Ct at Law No 1**
**Harris County, Texas**
**Trial Court Cause No. 1029360**

---

## O R D E R

The clerk's record was filed September 18, 2014. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain Defendant's Amended Answer and Counterclaim filed May 16, 2013.

The Harris County Civil Clerk is directed to file a supplemental clerk's record on or before November 12, 2015, containing Defendant's Amended Answer and Counterclaim filed May 16, 2013.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM